**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| LOUIS A. VASQUEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-06-1072-R |
| | ) |
| JOHN DOE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Bana Roberts pursuant to 28 U.S.C. § 636(b)(1)(B). Judge Roberts recommended that Plaintiff's 42 U.S.C. § 1983 complaint be dismissed without prejudice in light of Plaintiff's failure to cure his deficiencies with respect to his complaint and his motion for leave to proceed *in forma pauperis*.

Plaintiff has not timely objected to the Report and thus has waived further review of all issues. For this reason, and because *de novo* review of the file leads the Court to conclude Judge Robert's analysis is correct, the Court adopts the Report and Recommendation and this action is hereby DISMISSED WITHOUT PREJUDICE.

/s/ David L. Russell
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE